UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

TIFFANY E. RANDOLPH, :

Debtor : BANKRUPTCY NO. 15-15738ELF

## MODIFIED CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay to the Trustee the sum of $988.03 monthly for a period of the 54 months remaining in this Chapter 13 Plan.*

2. From the payments so received, the Trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507. $2,400.00 to James D. Moran, attorney for Debtor.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
   $36,907.12 to HSBC Bank U.S.A. National Association, the holder of a first mortgage on the Debtor's home, on account of mortgage arrears, late charges, court costs and attorney's fees.
   $1,225.46 to the City of Philadelphia on account of a delinquent water sewer bill.
   $9,548.63 to the Philadelphia Gas Works on account of a municipal lien.
   Santander Consumer U.S.A., Inc. Car Loan. Relief granted by the court on 1/15/16. No payments due and owing to Santander in the Chapter 13 Plan.

   (c) Pro rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed as follows:

*Payments under the Modified Chapter 13 Plan will be as follows:

Total to be paid in Chapter 13 Plan         $55,645.79
Amount paid to date                         - 2,282.50

Balance to be paid over remaining 54 months  $53,363.29

(Standing Trustee Percentage Fee to be determined by the Attorney General and the Office of the U.S. Trustee.)

3. The following executory contracts of the Debtor are rejected: NONE

Title to the Debtor's property shall revest in the Debtor on confirmation of the Plan.

Dated 3/7/16                                x /s/ Tiffany Randolph
                                            TIFFANY E. RANDOLPH, Debtor

Acceptances may be mailed to:

JAMES D. MORAN, ESQUIRE
Attorney for Debtor
2230 Land Title Building
100 South Broad Street
Philadelphia, PA 19110
(215) 751-1670
Fax: (215) 563-8330
jamesdmoran@hotmail.com