IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
TIFFANY E. RANDOLPH                    :    CHAPTER 13
                    Debtor             :
                                       :    BK. No. 15-15738 ELF

ORDER

AND NOW, this 30th day of June 2016, it is hereby ORDERED that the corresponding Stipulation (Doc. #67) is hereby approved.

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE